```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SVETLANA VYSOTSKAYA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY; ) <br> et al. ) <br> Defendants. ) <br> ) | Case No. 06-4279 JSW <br><br> **STIPULATION TO DISMISS AND** <br> **[PROPOSED] ORDER** |

Plaintiff, appearing by and through her attorneys of record, and Defendants, appearing by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 14 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///
///
///
///
///
///

Stip. to Dismiss
C 06-4279 JSW

|   |   |   |
|---|---|---|
| 1 | Date: September 11, 2006 | Respectfully submitted, |
| 2 |   | KEVIN V. RYAN<br>United States Attorney |
| 5 |   | /s/<br>ILA C. DEISS |
| 6 |   | Assistant United States Attorney<br>Attorneys for Respondents |
| 8 | Date: September 11, 2006 | /s/<br>GERI N. KAHN |
| 9 |   | MONICA KANE |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 12, 2006

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

Stip. to Dismiss
C 06-4279 JSW                    2